# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| Peter Eriksen,<br><br>*Plaintiff*<br>v.<br><br>E3 Land LLC, and Agents 1-6<br><br>*Defendant* | )<br>)<br>)<br>)  Civil Action No.  2:17-cv-00252-RMP<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiff's Complaint, ECF No. 6, is DISMISSED WITH PREJUDICE.
Plaintiff's Request for Expedited Consideration of Complaint Sufficiency, ECF No. 5, is DENIED AS MOOT.
Judgment is entered without costs for Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  ROASANNA MALOUF PETERSON  pursuant to 28 U.S.C. § 1915(e)(2)(B).

Date:  08/30/2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates